IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ANDREW DENNIS, III, | : | |
| Plaintiff. | : | |
| VS. | : | |
| Warden MARTY ALLEN, *et al.*, | : | NO. 7:13-CV-83 (HL) |
| Defendants. | : | |
| | : | **O R D E R** |

Plaintiff **ANDREW DENNIS III**, an inmate at Valdosta State Prison ("VSP"), filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. This Court has twice directed Plaintiff to supplement his complaint and informed him each time that his failure to do so would result in dismissal of this action (Docs. 9 & 10). Plaintiff has nevertheless failed to file a supplement. Accordingly, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 10th day of December, 2013.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr